E-FILED
01/15/2025 11:13 AM
KATHY L. SHUPERT, CLERK
COMMON PLEAS COURT
SCIOTO COUNTY OHIO
25CIC00003

IN THE COURT OF THE COMMON PLEAS
SCIOTO COUNTY, OH

| | |
|---|---|
| MICHELLE WILLIAMS, <br> 2202 Woodcrest Drive <br> Wheelersburg, Ohio 45694 <br><br> **Plaintiff,** <br><br> v. <br><br> LOWES HOME CENTERS, LLC. <br> Registered Agent: Corporation Service Company <br> 1160 Dublin Road <br> Suite 400 <br> Columbus, Ohio 43215 <br><br> JOHN DOE(S) 1-3 and ABC CORP(S) 1-3, <br><br> **Defendants.** | Case No: <br><br> Judge: <br><br> **PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES** <br><br><br><br><br><br> **DEMAND FOR JURY TRIAL** |

**NOW COMES,** Michelle Williams, the above-styled Plaintiff and shows the Court the following facts and circumstances in support of this Complaint.

### PARTIES AND JURISDICTION

1.

Plaintiff is resident of Wheelersburg, Scioto County, Ohio and is subject to the jurisdiction of this Court.

2.

Lowes Home Centers, LLC (hereinafter, "Defendant"), is a Domestic Limited Liability Company d/b/a Lowes Home Improvement and can be served with a Summons and Plaintiff's Complaint for Personal Injuries, through its Registered Agent, Corporation Service Company,

1160 Dublin Road, Suite 400, Columbus, Franklin County, Ohio 43215.

3.

Defendant John Doe(s) 1-3 are employees who are unidentified and unknown at this time but will be substituted upon the identification of such employee(s).

4.

Should it be determined that another corporation(s) was an at-fault party, Plaintiff hereby names Defendant ABC Corporation(s) 1-3. The identity of Defendant ABC Corporation(s) 1-3 is unknown at this time.

5.

Jurisdiction and venue are proper in this Court as Defendant owns and/or operates the Lowes located at 7915 Ohio River Road, Wheelersburg, Scioto County, Ohio.

## BACKGROUND

6.

On or about January 19, 2024, Plaintiff was a customer and an invitee at the Lowes located at 7915 Ohio River Road, Wheelersburg, Scioto County, Ohio.

7.

While on Defendant's premises as an invitee, Plaintiff was shopping when an improperly hung sign fell on her, directly and proximately causing Plaintiff injury to her neck, back and knee.

8.

At all times relevant, Defendant owned and operated the Lowes located at 7915 Ohio River Road, Wheelersburg, Scioto County, Ohio.

9.

At all times relevant, Defendant, Defendant ABC Corporation and Defendant Doe had a duty to ensure that premises and approaches were safe.

10.

Defendants owed a duty of care to Plaintiff and breached that duty of care causing Plaintiff's injuries.

11.

Defendant had non-delegable duty to maintain safe premises to the Plaintiff and breached this duty.

12.

The hazard presented by the improperly hung sign caused the Plaintiff's injuries.

## COUNT I - NEGLIGENCE

13.

Paragraphs 1 through 12 above are incorporated by reference as if set forth fully herein.

14.

The improperly hung sign in the store floor constituted a hazardous, dangerous, and unsafe condition.

15.

On or about January 19, 2024, the Defendant did not take any action to rectify this dangerous condition, or to keep invitees from passing over the area where the improperly hung sign was located, or to alert visitors of the dangerous condition, prior to the time that the Plaintiff was injured despite having actual and/or constructive knowledge of the hazardous condition.

16.

There were no cones or other warnings in the area at the time of the fall.

17.

Defendant and its agents and employees on or around January 19, 2024 were negligent in failing to properly inspect the area where the incident occurred, in failing to remove the hazard from the area, in failing to take adequate measures to protect invitees from unreasonably dangerous conditions and in failing to keep premises safe for invitees.

18.

At all times relevant to this action, the individuals responsible for inspecting, cleaning, and maintaining the area where Plaintiff was injured were employed by Defendants and were acting within the scope of their employment.

19.

All times herein mentioned, Defendants were in control and custody of said property.

20.

Defendants are responsible for the conduct of these individuals under the doctrine of *respondeat superior,* agency or apparent agency.

21.

Defendants were negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning, maintenance were performed on the premises, and in failing to train their employees concerning safety procedures for inspection, cleaning and maintain the premises.

22.

Defendants were negligent in training and supervising their staff.

23.

Plaintiff lacked knowledge of the hazard despite her exercise of ordinary care.

24.

As a direct result of Defendants' negligent conduct, Plaintiff incurred substantial and objective injuries requiring emergency room treatment and surgical intervention.

## COUNT II – DAMAGES

25.

Paragraphs 1 through 24 above are incorporated by reference as if set forth fully herein.

26.

As a direct, sole, and proximate result of the recklessness, carelessness, and negligence of the Defendant, Plaintiff has:

(a) Suffered serious, painful, and permanent bodily injuries, great physical pain and mental anguish, severe emotional distress, and loss of the capacity for the enjoyment of life;

(b) Has and will be required to undergo medical treatment and incur medical costs and expenses in excess of $25,000.00 to alleviate said injuries, pain, and suffering;

(c) Has and will be precluded from engaging in normal activities and pursuits, including a loss of the ability to earn money;

(d) Otherwise was hurt, injured, and caused to sustain losses; and

(e) All of the Plaintiff's losses were, are, and will be due solely to and by reason of the recklessness, carelessness, and negligence of the Defendant, without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, under Count I, Plaintiff demand judgment against Defendants Lowes Home Centers, LLC. and/or John Doe and/or ABC Corporation, jointly and severally, for damages in an amount greater than twenty-five thousand dollars ($25,000.00), plus interest and

costs, with fees and costs to Defendant.

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and demands a jury of eight (8) to hear the within cause.

This the 15th day of January, 2025

Respectfully submitted,

**MONGE & ASSOCIATES**

/s/ *Victoria Holcomb*
Victoria Holcomb (#0102080)
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
(380) 242-2579 telephone
(678) 579-0204 facsimile
Email: Victoria.holcomb@monge.lawyer
*Attorney for Plaintiff Michelle Williams*
